ble for the management and trial of all litigation involving Peter F. Theis and Theis Research, Inc., Defendant—Appellee.

No. 02–16839.

D.C. No. CV–99–20645–RMW.

United States Court of Appeals, Ninth Circuit.

Oct. 20, 2004.

Paul R. Johnson, Davin Z. Goldsztajn, Filice Brown Eassa & Mcleod, Llp, Oakland, CA, for Plaintiff–Appellant.

Paul A. Renne, Esq., Cooley Godward LLP, San Francisco, CA, for Defendant–Appellee.

Before THOMPSON and TROTT, Circuit Judges, and WEINER,* Senior District Judge.

ORDER

The memorandum disposition filed December 16, 2003 is withdrawn.

NITGEN CO., LTD., a Korea Corporation, Plaintiff—Appellant,

v.

SECUGEN CORP., a California corporation, Defendant—Appellee.

No. 03–15797.

D.C. No. CV–03–00391–JW.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Oct. 7, 2004.*

Decided Oct. 21, 2004.

Robert E. Freitas, Esq., Melissa A. Finocchio, Esq., Michael C. Spillner, Esq., Orrick, Herrington & Sutcliffe, LLP., Menlo Park, CA, for Plaintiff–Appellant.

Cedric C. Chao, Esq., Morrison & Foerster, LLP., San Francisco, CA, for Defendant–Appellee.

Before TROTT, MCKEOWN, Circuit Judges, and SHADUR,** Senior Judge.

ORDER

Based on the record, the evidence, the law, and clarifications at oral argument, the court determines that this appeal is moot in its entirety and is therefore DIS-

---

* Hon. Charles R. Weiner, Senior District Judge for Eastern Pennsylvania, sitting by designation.

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

** The Honorable Milton I. Shadur, Senior Judge for the United States District Court for the Northern District of Illinois, sitting by designation.

MISSED. The parties shall bear their own costs.

**Michael RICHARDSON, Petitioner— Appellant,**

v.

**Tom L. CAREY, Warden, Respondent— Appellee.**

No. 03–55293.

D.C. No. CV–00–12092–RSWL.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Oct. 4, 2004.

Decided Oct. 21, 2004.

Gretchen Fusilier, Esq., Carlsbad, CA, for Petitioner–Appellant.

Michael Richardson, Tehachapi, CA, pro se.

April S. Rylaarsdam, AGCA–Office of the California Attorney General, Los Angeles, CA, for Respondent–Appellee.

Before HUG, T.G. NELSON, and WARDLAW, Circuit Judges.

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

**MEMORANDUM** *

Michael Richardson appeals the district court's denial on procedural grounds of two of his habeas claims: 2(b) and 4. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm in part, reverse in part, and remand.

The parties agree that claim 2(b) is not procedurally barred. Accordingly, we reverse the district court's judgment as to claim 2(b) and remand that claim to the district court for consideration on the merits. However, Claim 4 is procedurally barred by the *Ex parte Lindley* [1] rule.[2] Therefore, we affirm the judgment of dismissal as to claim 4.

AFFIRMED IN PART, REVERSED IN PART, AND REMANDED.

**John M. NASSIF, M.D., Plaintiff– Appellant,**

v.

**HARTFORD LIFE INSURANCE COMPANY OF AMERICA, Defendant–Appellee.**

No. 03–55328.

D.C. No. CV–01–01759–RMB.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Oct. 6, 2004.

Decided Oct. 21, 2004.

Robert K. Scott, Esq., The Law Offices of Robert K. Scott, Irvine, CA, for Plaintiff–Appellant.

1. 29 Cal.2d 709, 177 P.2d 918, 926–27 (1947).

2. *Carter v. Giurbino,* 385 F.3d 1194, 2004 WL 2220970 (9th Cir.2004).